*Michele C. Lukban*, assistant state's attorney, in opposition.

Decided March 30, 2001

## STATE OF CONNECTICUT *v.* JOSE LUGO

The defendant's petition for certification for appeal from the Appellate Court, 61 Conn. App. 855 (AC 19698), is denied.

*Donald D. Dakers*, special public defender, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided March 30, 2001